STEPHEN STEIN, ESQ.
Nevada State Bar # 000041
520 Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
Attorney for Defendant

LAW OFFICES OF
STEIN & ROJAS
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101-6593
AREA CODE (702) 384-5563

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )     **CASE NO.: 2:10-cr-00579-GMN-RJJ**
                                   )
CORNELIU WEIKUM,                   )
                                   )
        Defendant.                 )
_____)

**MOTON TO CONTINUE TIME FOR FILLING A WRITTEN RESPONSE
TO THE MOTION TO DISQUALIFY**

COMES NOW, defendant CORNELIU WEIKUM by and through his attorney STEPHEN STEIN ESQ., and hereby respectfully requests that counsel for the defendant Weikum be allowed until 4:00 p.m. on January 24, 2011 in which to file a response to the Motion to Disqualify [30].

On January 13, 2011, in response to Court's inquiry, undersigned counsel stated he could file a response by Tuesday January 18, 2011. Based on unforeseen problems, counsel has been unable to finalize the response and would respectfully request he be given until January 24, 2011 to file said response.

Respectfully submitted,

STEPHEN STEIN, ESQ.
Nevada Bar No. 000041
520 South Fourth Street
Las Vegas, Nevada 89l0l
(702) 384-5563
Attorney for Defendant
CORNELIU WEIKUM

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JANUARY 25, 2011